# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN GUERRERO, | Case No. ED CV 17-02353 PSG (AFM) |
| Petitioner, | |
| v. | **JUDGMENT** |
| RONALD RACKLEY, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: 3/9/18

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE